[No. 14258-9-II.   Division Two.   October 7, 1992.]

NADINE BOUR, *Respondent*, v. MICHAEL JOHNSON, ET AL, *Defendants*, DEEP PACIFIC FISHING CO., *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 90-2-00790-7, E. Albert Morrison, J., entered September 12, 1990. *Affirmed as modified* by unpublished opinion per Wieland, J. Pro Tem., concurred in by Petrich, C.J., and Pearson, J. Pro Tem.

[No. 14793-9-II.   Division Two.   October 7, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. SHANE MICHAEL ARMENTA, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 229502R40, Terry D. Sebring, J., entered November 30, 1990. *Affirmed in part* and *vacated in part* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Petrich, C.J., and Alexander, J.

[No. 14760-2-II.   Division Two.   October 7, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSEPH M. LITTLEFIELD, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 242212R20, Terry D. Sebring, J., entered February 19, 1991. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Morgan, A.C.J., and Seinfeld, J.